IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO


**UNITED STATES OF AMERICA**

    **vs.**                    CASE NO. 98CR00053-001(CCC)

**RUBEN GOMEZ**
* * * * * * * * * * * *

**MOTION FOR AN ORDER TO SHOW CAUSE HEARING,
REQUEST FOR THE ISSUANCE OF A WARRANT AND
THE TOLLING OF TERM OF SUPERVISED RELEASE**

**TO THE HONORABLE CARMEN CONSUELO CEREZO
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO**

      **COMES NOW, Martín De Santiago, SENIOR U.S. PROBATION OFFICER** of this Court, presenting an official report on the conduct and attitude of releasee, Ruben Gómez, who on November 6, 1998, was sentenced to seventy (70) months of imprisonment, to be followed by four (4) years of supervised release after pleading guilty of violating Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.  Since the commencement of his supervised release term, that being on September 20, 2002, he has been supervised by our sister agency in the Northern District of Illinois.  As special conditions of his supervised release term, he was ordered to participate in drug treatment, if warranted; and a $100 Special Monetary Assessment was also imposed.  Additionally, one of the mandatory and standard condition is that he shall not commit another federal, state or local crime.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since his release from custody, the offender violated the following conditions:

1. **MANDATORY CONDITION - "THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME."**

On August 24, 2006, we received a violation report/request for warrant and revocation from our sister agency in Chicago, Illinois therein notifying us that Mr. Gómez was arrested and charged on August 11, 2006 with Manufacturing and Delivering More than 900 Grams of cocaine, and Possession of 30 to 500 Grams of Cannabis. The offender, along with another individual, were arrested upon the execution of a local police department search warrant of the Mr. Gómez' residence. The search of the residence yielded a total of 16.5 kilograms of suspected cocaine, 240 grams of suspected cannabis, $120,078 in United States currency, and several items showing the offender's proof of residence, two digital scales, and four cellular telephones. Mr. Gómez has been in custody at the Cook County Jail since August 11, 2006. His next court hearing is set for August 31, 2006.

**WHEREFORE,** I declare under penalty of perjury that the foregoing is true and correct and that in view of the offender's new involvement in criminal behavior while on supervised release, it is respectfully requested that a warrant be issued and ordered lodged against him as a detainer pending the final disposition of his new criminal charges. In addition, it is requested that the tolling of


the supervision term be ordered as it is due to expire on September 19, 2006. Thereupon, that he be dealt with pursuant to law.

In San Juan, Puerto Rico, this 31st day of August 2006.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

Martín De Santiago
Senior U.S. Probation Officer
Federal Office Building Rm. 400
150 Chardón Avenue
San Juan, P.R.  00918-1741
Tel. 787-766-5860
Fax 787-766-5945
Email:martin_de_santiago@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on August 31, 2006, I electronically filed the foregoing motion with Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: José A. Ruíz-Santiago, Assistant U.S. Attorney, U.S. Attorney's Office, 350 Chardón Ave., Suite 1201, San Juan, P.R.  00918 and to Mr. Luis R. Rivera-Rodríguez, Esq.

In San Juan, Puerto Rico, this 31st day of August 2006.

Martín De Santiago
Senior U.S. Probation Officer
Federal Office Building Rm. 400
150 Chardón Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5860
Fax 787-766-5945
E-mail:martin_de_santiago@prp.uscourts.gov

4