```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF PUERTO RICO
```

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

UNITED STATES OF AMERICA

    V.                                  CASE NO. 98-00053-01(CCC)

RUBEN GOMEZ

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

                                    ORDER

Upon petition of MARTIN DE SANTIAGO, SENIOR U.S. PROBATION OFFICER of this Court, alleging that the offender, RUBEN GOMEZ, has failed to comply with his conditions of supervised release, it is **ORDERED** that offender appear before this Court on _____ 2006 at _____, for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked. Thereupon, the offender to be dealt with pursuant to law.

At this hearing, offender will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk shall issue the corresponding warrant which is to be lodged against him as a detainer by the U.S. Marshal Service pending the final disposition of the new criminal charges. More so, the tolling of the supervision term is also ordered. A copy of this Order shall be provided to the defense counsel and counsel for the government.

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this _____ day of August 2006.

                                          _____
                                          CARMEN CONSUELO CEREZO
                                          U.S. DISTRICT JUDGE