IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    vs.                          CASE NO. 3:98CR00053-01(CCC)

RUBEN GOMEZ
* * * * * * * * * * * * *

**MOTION IN COMPLIANCE TO COURT ORDER**
**DATED SEPTEMBER 6, 2006**

TO THE HONORABLE CARMEN CONSUELO CEREZO
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

  **COMES NOW, MARTIN DE SANTIAGO, SENIOR U.S. PROBATION OFFICER** of this Court, presenting the following information in compliance to the court order dated September 6, 2006:

  Mr. Gómez continues being detained without bail in the Cook County Jail, Chicago, Illinois. He was indicted and his next court date is set for November 2, 2006.

  **WHEREFORE,** in view of the aforementioned, unless ruled otherwise, it is respectfully recommended that we be allowed to monitor the pending criminal matter until there is a final disposition. Thereupon, the Court would be notified via a motion of the final disposition and a corresponding action would be recommended.

In San Juan, Puerto Rico, this 19th day of October 2006.

                                      Respectfully submitted,

                                      EUSTAQUIO BABILONIA, CHIEF
                                      U.S. PROBATION OFFICER

                                      s/Martin De Santiago
                                      Senior U.S. Probation Officer
                                      Federal Office Bldg. Room 400
                                      150 Chardon Avenue
                                      San Juan, P.R. 00918-1741
                                      Tel. 787-766-5860
                                      Fax 787-766-5945
                                      E-mail:martin_de_santiago@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on October 19, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: José A. Ruíz-Santiago, Assistant U.S. Attorney, and Mr. Luis R. Rivera-Rodríguez, Esq.

In San Juan, Puerto Rico, this 19th of October 2006.

                                      <u>s/Martin De Santiago</u>
                                      Martin De Santiago
                                      Senior U.S. Probation Officer
                                      Federal Office Bldg. Room 400
                                      150 Chardon Avenue
                                      San Juan, P.R. 00918-1741
                                      Tel. 787-766-5860
                                      Fax 787-766-5945
                                      E-mail:martin_de_santiago@prp.uscourts.gov