IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO


UNITED STATES OF AMERICA

     vs.                     CASE NO. 3:98CR00053-01(CCC)

RUBEN GOMEZ
* * * * * * * * * * * * *

### MOTION IN COMPLIANCE TO COURT ORDER
### DATED OCTOBER 26, 2006

TO THE HONORABLE CARMEN CONSUELO CEREZO
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, MARTIN DE SANTIAGO, SENIOR U.S. PROBATION OFFICER** of this Court, presenting the following information in compliance to the court order dated October 26, 2006:

Mr. Gómez continues being detained without bail in the Cook County Jail, Chicago, Illinois. He has been arraigned and he is pending trial. A discovery hearing will take place on January 30, 2007.

**WHEREFORE,** in view of the aforementioned, unless ruled otherwise, it is respectfully recommended that we be allowed to monitor the pending criminal matter until there is a final disposition. Thereupon, the Court would be notified via a motion of the final disposition and a corresponding action would be recommended.

In San Juan, Puerto Rico, this 23rd day of January 2007.

                        Respectfully submitted,

                        EUSTAQUIO BABILONIA, CHIEF
                        U.S. PROBATION OFFICER

                        s/Martin De Santiago
                        Senior U.S. Probation Officer
                        Federal Office Bldg. Room 400
                        150 Chardon Avenue
                        San Juan, P.R. 00918-1741
                        Tel. 787-766-5860
                        Fax 787-766-5945
                        E-mail:martin_de_santiago@prp.uscourts.gov


### CERTIFICATE OF SERVICE

I HEREBY certify that on January 23, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: José A. Ruíz-Santiago, Assistant U.S. Attorney, and Mr. Luis R. Rivera-Rodríguez, Esq.

In San Juan, Puerto Rico, this 23rd of January 2007.

                        s/Martin De Santiago
                        Martin De Santiago
                        Senior U.S. Probation Officer
                        Federal Office Bldg. Room 400
                        150 Chardon Avenue
                        San Juan, P.R. 00918-1741
                        Tel. 787-766-5860
                        Fax 787-766-5945
                        E-mail:martin_de_santiago@prp.uscourts.gov

2