IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>**RUBEN GOMEZ**<br>DIANA BAZAN<br><br>Defendants | CRIMINAL 98-0053CCC |

# O R D E R

The Motion in Compliance With Court Order filed by Senior U.S. Probation Officer Martín de Santiago on January 23, 2007 (**docket entry 65**) is NOTED. U.S. Probation Officer de Santiago shall file another status report by MARCH 16, 2007.

SO ORDERED.

At San Juan, Puerto Rico, on January 30, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge