IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    vs.                          CASE NO. 3:98CR00053-01(CCC)

RUBEN GOMEZ
* * * * * * * * * * * * *

**MOTION IN COMPLIANCE TO COURT ORDER
DATED JANUARY 30, 2007**

TO THE HONORABLE CARMEN CONSUELO CEREZO
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, MARTIN DE SANTIAGO, SENIOR U.S. PROBATION OFFICER** of this Court, presenting the following information in compliance to the court order dated January 30, 2007:

Mr. Gómez continues being detained without bail in the Cook County Jail, Chicago, Illinois. He has been arraigned and he is pending trial. The discovery hearing that was to take place on January 30, 2007 was continued to March 23, 2007.

**WHEREFORE,** in view of the aforementioned, unless ruled otherwise, it is respectfully recommended that we be allowed to monitor the pending criminal matter until there is a final disposition. Thereupon, the Court would be notified via a motion of the final disposition and a corresponding action would be recommended.

In San Juan, Puerto Rico, this 12th day of March 2007.

                                          Respectfully submitted,

                                          EUSTAQUIO BABILONIA, CHIEF
                                          U.S. PROBATION OFFICER

                                          s/Martin De Santiago
                                          Senior U.S. Probation Officer
                                          Federal Office Bldg. Room 400
                                          150 Chardon Avenue
                                          San Juan, P.R. 00918-1741
                                          Tel. 787-766-5860
                                          Fax 787-766-5945
                                          E-mail:martin_de_santiago@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on March 12, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: José A. Ruíz-Santiago, Assistant U.S. Attorney, and Mr. Luis R. Rivera-Rodríguez, Esq.

In San Juan, Puerto Rico, this 12th of March 2007.

                                          <u>s/Martin De Santiago</u>
                                          Martin De Santiago
                                          Senior U.S. Probation Officer
                                          Federal Office Bldg. Room 400
                                          150 Chardon Avenue
                                          San Juan, P.R. 00918-1741
                                          Tel. 787-766-5860
                                          Fax 787-766-5945
                                          E-mail:martin_de_santiago@prp.uscourts.gov